UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGRID MALICDEM,<br><br>        Plaintiff,<br><br>        v.<br><br>FREMONT GROUP, L.L.C.,<br><br>        Defendant. | Case No. 15-cv-01761-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline for Defendant to answer the complaint | July 31, 2015 |
| Deadline to add parties or amend the pleadings | August 14, 2015 |
| Mediation completion deadline | September 23, 2015 |
| Expert disclosures | April 22, 2016 |
| Expert rebuttal | May 13, 2016 |
| Expert discovery cut-off | May 27, 2016 |
| Fact discovery cut-off | May 27, 2016 |
| Deadline to file dispositive motions | June 17, 2016 |
| Pretrial conference statement due | August 30, 2016 |

| Event | Deadline |
|---|---|
| Pretrial conference | September 9, 2016 at 2:00 p.m. |
| Trial | October 3, 2016 at 8:30 a.m. |
| Estimate of trial length (in days) | Ten |

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

The Case Management Conference currently scheduled for July 22, 2015 is VACATED.

IT IS SO ORDERED.

Dated:  July 19, 2015



JON S. TIGAR
United States District Judge

2