# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGRID MALICDEM,<br><br>      Plaintiff,<br><br>  v.<br><br>FREMONT GROUP MANAGEMENT, L.P.,<br><br>      Defendant. | Case No.  15-cv-01761-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 27 |

    The parties have filed a stipulation of dismissal dated October 26, 2015, stating that they have "fully and finally resolved all issues set forth in this case." ECF No. 27.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    This case has been dismissed with prejudice.  The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: October 27, 2015

_____
JON S. TIGAR
United States District Judge